UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK          07 CV 7839 (LTS)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                                        Plaintiff,
                    - against -

FRESH WEST EXCHANGE,

                                        Defendants.

DEFENDANT, NIPPON YUSEN KAISHA'S
CORPORATE DISCLOSURE STATEMENT

[F.R.Civ.P. 7.1]

 

Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz

Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held

corporation owns 10% or more of its stock.

Dated:  New York, NY                    CICHANOWICZ CALLAN KEANE VENGROW
                                         & TEXTOR, LLP, 61 Broadway, Ste. 3000
        September 5, 2007                New York, NY 10006 – Tel. 212-344-7042


                                        By: /s/_____Joseph De May, Jr.._____
                                              Joseph De May, Jr. [JD-9105]
                                              Attorneys for Plaintiff