LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW¹
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DECHARLES II'

JESSICA A. DE VIVO°
IRENE M. ZANETOS*

¹ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
*ALSO ADMITTED TO GEORGIA
'ALSO ADMITTED TO NEW JERSEY & TEXAS
*ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

December 7, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

**MEMO ENDORSED**

**BY TELEFAX TO 212-805-0426**

Honorable Laura Taylor Swain, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Nippon Yusen Kaisha v. Fresh West Exchange
      07 CIV 7839 (LTS) (S.D.N.Y.)
      Our Ref. No.: 8958/PMK

Your Honor:

We are the attorneys for plaintiff in the above captioned matter which is an admiralty action brought to recover unpaid ocean freight charges. At our request, the Court has issued process of maritime attachment and garnishment of which we have been making daily service on garnishee banks in an attempt to attach assets. To date we have been unsuccessful in doing do. The action was filed September 5, 2007. With the Court's permission, if at the expiration of 120 days from commencement, we have had no success in locating attachable assets, we will evaluate whether it is worth continuing the action and provide a status report to Your Honor. Under the circumstances we ask that the initial pretrial conference be adjourned sine dic.

The initial pretrial conference is adjourned to February 22, 2008, at 10:30AM

Respectfully,
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

Joseph De May, Jr. [JD-9105]

SO ORDERED.

[signature] 12/11/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE