USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 2 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK        07 CV 7839 (LTS)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

              Plaintiff,        NOTICE OF DISMISSAL WITHOUT
- against -                                   PREJUDICE

FRESH WEST EXCHANGE,                          [F.R.Civ.P. 41(a)(1)(i)]

              Defendant.

No answer or summary judgment motion having been served or filed by the defendant, this action is hereby dismissed without prejudice.

Dated: New York, NY, February 21, 2008

                                    CICHANOWICZ, CALLAN, KEANE,
                                    VENGROW & TEXTOR, LLP
                                    Attorneys for Plaintiff

                                    By: _____Joseph De May, Jr._____
                                    Joseph De May, Jr. [JD-9105]
                                    61 Broadway, Suite 3000
                                    New York, New York 10006-2802
                                    (212)344-7042

SO ORDERED:

_____ 2/22/08
U.S.D.J.